TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

NO. 03-01-00034-CV

Eldon Lewis Allen, Jr., Appellant

v.

Donna Lee Allen, Appellee

FROM THE DISTRICT COURT OF WILLIAMSON COUNTY, 277TH JUDICIAL DISTRICT

NO. 00-020-C277, HONORABLE JOHN R. CARTER, JUDGE PRESIDING 

 Because appellant Eldon Lewis Allen, Jr. has not responded to this Court's request
that he show he has made arrangements to pay for the clerk's record, we will dismiss this appeal
for want of prosecution. See Tex. R. App. P. 42.3(c).

 The Clerk of this Court filed appellant's Notice of Appeal on January 12, 2001. 
On January 12 and February 27, 2001, the district clerk informed this Court that no arrangements
had been made to pay for the clerk's record. By letter dated February 27, 2001, the Clerk of this
Court notified appellant that this cause would be dismissed for want of prosecution unless he
informed this Court by March 14, 2001 that he had made arrangements to pay for the clerk's
record. Thus far, appellant has not responded to this notification, nor has he contacted the district
clerk below. 

 Accordingly, we dismiss the appeal for want of prosecution on our own motion. 
See id.

Before Chief Justice Aboussie, Justices Yeakel and Patterson

Dismissed for Want of Prosecution

Filed: April 19, 2001

Do Not Publish